U.S DISTRICT COURT FOR
NORTHERN DISTRICT OF
ILLINOIS

BURNEY ROBINSON
    PLAINTIFF

V.

COOK COUNTY STATE'S
ATTORNEY
CO. DEFENDANT,
BRODERICK JONES

08CV4337
JUDGE HOLDERMAN
MAGISTRATE JUDGE SCHENKIER

COMPLAINT

   I, BURNEY ROBINSON THE PLAINTIFF WISH TO PRESENT TO THE COURT THAT ON A SUGGESTED TIME AND DATE BY THE STATE'S ATTORNEY MR. BRODERICK JONES PERJURIED. HIMSELF IN THE PRESENCE OF THE COURT AND ESTABLISHED FALSE TESTIMONY TO ALLEGATION FOR A VERDICT OF GUILT. THIS WAS PRESENTED TO A GRAND JURY AND THE ARREST PROCEDURES WERE VIOLATED AS A RESULT OF THESE ACTION AND RACIAL PROFILING WAS ATTACHED TO THE ACTION. I THE PLAINTIFF WISH TO ADDRESS THE CONSITUTION VIOLATION OF MY PERSON IN THE PRESENCE OF THE COURT FOR RELIF OF THESE ACTIONS.

RECEIVED
JUL 31 2008
JUL 3 1 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RESPECTFULLY SUBMITTED
BURNEY ROBINSON