## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Burney Robinson
(Please print)

STREET ADDRESS: 6343 S. Campbell

CITY/STATE/ZIP: Chicago, Ill 60629

PHONE NUMBER: 773-737-1840

CASE NUMBER: 08CV4337
JUDGE HOLDERMAN
MAGISTRATE JUDGE SCHENKIER

Signature: Burney Robinson

Date: 7/26/07

FILED
JUL 31 2008 TC
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT