U.S DISTRICT COURT OF
NORTHERN DISTRICT OF
ILLINOIS

BURNEY ROBINSON
 PLAINTIFF

# FILED

AUG 0 7 2008  YM
*Aog 7, 2008*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

V.

COOK COUNTY STATE'S ATTORNEY
CO. DEFENDANT'S
BRODERICK JONES

CASE# 08-c-4337

JUDGE, HOLDERMAN

## MOTION FOR MEDICAL EVALUATION

 THE PLAINTIFF MR. BURNEY ROBINSON HAS FELT THE DISCOMFORT OF HAVE HIS FOURTH
AMENDMENT RIGHTS VIOLATED IN THE PRESENCE OF THE COURT. WE WISH THE PEOPLE
TO PAY FOR THE EVALUATION SO THE CONCERNS OF THE PLAINTIFF CAN BE TREATED AND
ASSESSMENT OF THE MENTAL ANGUISH OF THE PLAINTIFF DUE TO INJUSTICE BY DEFENDANT'S
AND CO. DEFENDANTS. THIS REQUEST IS BASED ON THE FACT THAT THERE WAS NO PRE-TRIAL
EVALUATION. AND NO ASSESSMENT FOR THE COURT TO REVIEW ALONG WITH THE CIVIL RIGHTS
VIOLATION OF THE PLAINTIFF PERSON. WE FEEL THIS WOULD BE A UNBIAS MEDICAL REVIEW
OF THE PLAINTIFF. OUR HOPE IS THE DEFENDANT IS INAGREEMENT AND WOULD PAY ALL COST
INVOLVED IN THE ASSESSMENT AND MEDICATION. THE COURT WILL SEE THAT THE PLAINTIFF
HAS BEEN VICTIMIZED AND SOCIAL STRESSED BY HIS TREAT BY THE CONSITUTIONAL VIOLATION
AS A MATTER OF LAW. ALSO WE HOPE THE HONORABLE JUDGE HOLDERMAN IS IN AGREEMENT.

RESPECTFULLY SUBMITTED
*Burney Robinson*
BURNEY ROBINSON
THANK YOU