U.S DISTRICT COURT F(
NORTHERN DISTRICT OF
ILLINOIS

BURNEY ROBINSON
PLAINTIFF

V.

COOK COUNTY STATE'S
ATTORNEY
CO. DEFENDANT,
BRODERICK JONES

**RECEIVED**

AUG 07 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE#08-c-4337

## AMENDED COMPLAINT

I, BURNEY ROBINSON THE PLAINTIFF WISH TO PRESENT TO THE COURT THAT ON A SUGGESTED TIME AND DATE BY THE STATE'S ATTORNEY MR. BRODERICK JONES PERJURIED. HIMSELF IN THE PRESENCE OF THE COURT AND ESTABLISHED FALSE TESTIMONY TO ALLEGATION FOR A VERDICT OF GUILT. THIS WAS PRESENTED TO A GRAND JURY AND THE ARREST PROCEDURES WERE VIOLATED AS A RESULT OF THESE ACTION AND RACIAL PROFILING WAS ATTACHED TO THE ACTION. I THE PLAINTIFF WISH TO ADDRESS THE CONSITUTION VIOLATION OF MY PERSON IN THE PRESENCE OF THE COURT FOR RELIF OF THESE ACTIONS.
MY BELIF IS THAT THE PARTY ARE LIBEL FOR THESE ACTIONS CREATED BY THEM IN THE PRESENCE OF THE COURT.

RESPECTFULLY SUBMITTED
*Burney Robinson*
BURNEY ROBINSON