MHG

U.S DISTRICT COURT OF
NORTHERN DISTRICT OF
ILLINOIS

**FILED**

AUG 2 2 2008   NF
8-22-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BURNEY ROBINSON
 PLAINTIFF

   V.
COOK COUNTY STATE'S ATTORNEY
DEFENDANT
CO. DEFENDANT
  BRODERICK JONES

CASE# 08-c-4337
JUDGE, HOLDERMAN

MOTION FOR JUDGMENT AND
RELIF.

INTRODUTION:
        BY THE COURTS ATTENTION I MR. BURNEY ROBINSON WISHES TO ESTABLISH
THAT THEW A SERIES OF EVENTS MY CONSITUTIONAL RIGHTS WERE VIOLATED AS A MATTER OF
LAW. THE UNITED STATES GOVERNMENT PRESENTED A CASE ADDRESSING THE VIOLATION OF THE
CO. DEFENDANTS, AND DURING THIS TIME I COULDN'T ESTABLISH MY PERSONAL COMPLAINT
WITHOUT CONFLICTING THE LAW IN A PRIOR LITIGATION IT WAS BROUGHT TO MY ATTENTION
THAT AFTER THE PUBLIC HEARINGS I COULD SEEK RELIF FOR THE CIVIL RIGHTS VIOLATIONS.
qui tam action, HAD BEEN ESTABLISHED SINCE I HAD BEEN VICTIMIZED BY TESTIMONY AND
FALSE ALLEGATIONS BY FORMER REPRESENTATIVE OF THE CHICAGO POLICE DEPARTMENT BUT
AT THE TIME OF THE ALLEGATIONS THEY WERE OFFICERS UNDER THE OATH OF THE CITY OF
CHICAGO. WHICH WAS VIOLATED NUMEROUS TIMES AND THE STATE'S ATTORNEY ESTABLISHED
MERIT FOR CHARGES BASED ON VIOLATED PROCEDURES AND FALSE ALLEGATION CREATING A
WANTON THIS WANTON WAS ONE OF MISCONDUCT THE WITNESS TO REPORTED FACTS WAS FORMER
CHICAGO POLICE OFFICER BRODRICK JONES AT THE TIME WAS A REPRESENTATIVE OF THE
CHICAGO POLICE DEPARTMENT AND THE COUNTY OF COOK STATE'S ATTORNEY OFFICE. THERE
WAS A AUTOMATED PROFILING OF I WHICH WAS PREMATURE AND VIOLATED MY RIGHTS IN THE
PRESENCE OF THE COURT AS IN THE CASE OF, WHITEY V. SEBIEL THE PROBABLES WERE NOT
HEARD BECAUSE OF THE VIOLATION OF INVESTIGATION PROCEDURES A PROPER INVESTIGATION.
WOULD HAVE SHOWN THAT EVIDENCE WAS COMPROMISE IN THE PRESENCE OF THE COURT.

CONCLUSION:

ON THE DATE OF JULY 12,2001 A REPORT OF FACTS WAS PRESENT BY THE CHICAGO POLICE DEPARTMENT ON THIS DATE MR. ROBINSON A CITIZEN OF THE CITY OF CHICAGO AND THE COUNTY OF COOK WAS DETAIN IN CUSTODY ON ALLEGATON. WITHOUT PROPER COUNSEL AT THE TIME AND NO UNDERSTANDING OF MIRANDA HE STILL REMAINED SILENT BUT HE DID STATE HIS INNOCENCE. AFTER BEING SOCIAL STRICKEN BY THE ACTIONS OF THE OFFICER AND THE STATE'S ATTORNEY. IT BROUGHT TO HIS KNOWLEDGE THAT ON HIS RELEASE OF JANUARY 21, 2005 THAT UNDER STATUE THE POSSIBILITY OF CIVIL ACTION BASED ON THE CONSTUTIONAL VIOLATION OF HIS PERSON. AAND AS A MATTER OF LAW HAS THE RIGHT TO REQUEST RELIF FOR THE ACTIONS OF THOSE CO. DEFENDANTS CONVICTED OF CONSPIRACY TO MY UNDERSTAND.. A MR. COREY FLAGG AND A BRODERICK JONES WAS CONVICTED OF FACILIATION OF THESE ACT THEY WERE BOTH THE PRIMARY INVESTIGATOR IN MY CASE. I WISH THE COURT TAKE A THOUGHT TO THE FACT A PROFILING TO PLACE UNDER THE REVIEW OF THE COUNTY OF COOK AND THE STATE'S ATTORNEY SELECTIVE CHOOSE WHO WOULD BE REVIEW BUT AS THE COURT CONSIDER THAT THE TRUST HAD BEEN COMPROMISE MORE THAN ONE TIME I MR. ROBINSON WAS NOT AFFORDED THAT RIGHT OF DUE PROCESS. THE ACTIONS OF TO CHICAGO POLICE OFFICER DOUBLE THE JEOPARDY. THIS WAS A CONTEMPT FOR THE PROCESS AND PERJURIOUS IN FACT AND IN NATURE A PRE- MEDIATED ACT THAT VIOLATES COMMON LAW. THIS VIOLATION OF THE EIGHTH AMENDMENT SHOW THE MALICE AND INTENT AND UNDER THE PROTECT OF U.S.C 42 1983, A REQUEST FOR DISMISSAL OF CHARGES AND ANY CONCURRING ACTS BASE ON A CASE OF CONTROL WILL ENSUE. THIS SUBJECTION WAS ESTABLISHED BY A UNJUSTLY BIAS WITH UNDERLINE MOTIVATION AND A STEROTYPED PRESENTATION A AFFIRMED UNDER THE FREEDOM OF INFORMATION WHICH FALSE ALLEGATIONS WERE PRESENTED TO AND ACTED UPON. THIS WAS THE RECKLESNESS WANTON AND MISCONDUCT MADE LIBEL BY MATERIAL FACTS IN A PRE-TRIAL THIS GIVES WAY TO LIBILITIY.

RESPECTFULLY SUBMITED

*Burney Robinson*

BURNEY ROBINSON