## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4337 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Burney Robinson vs. Broderick Jones | | |

**DOCKET ENTRY TEXT**

By Minute Order of August 4, 2008, this court denied Burney Robinson's motion for leave to proceed *in forma pauperis*, advising that Robinson had satisfied the financial requirements to proceed *in forma pauperis* but that his complaint was insufficient. Although Robinson has submitted to this court an amended complaint, the amended complaint is virtually identical to the original complaint. On this court's own motion, Robinson is granted an additional twenty-one days to submit a second amended complaint that sets forth a short, plain statement of the event or events on which Robinson bases his assertions that the defendant caused him a harm that can be redressed by this court. Failure by Robinson to file a second amended complaint that gives the defendant fair notice of what Robinson is claiming and the grounds upon which Robinson's claims rest by September 23, 2008, will result in dismissal of this lawsuit.

Notices mailed.

**STATEMENT**

Courtroom Deputy Initials: